**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

JONI HILTON, individually and on behalf of all others similarly situated,

*Plaintiff*,

**Case No. 1:2025-CV-02687**

vs.

BIGGERPOCKETS, LLC.,

*Defendant*.
____________________________________________/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Joni Hilton to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Joni Hilton, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: January 5, 2026

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 5, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: *<u>/s/ Andrew J. Shamis</u>*
Andrew J. Shamis, Esq.